# WILLIAM ELLERBE ET AL. *v.* KARL C. J. HANSELMAN

[No. 4, October Term, 1939.]

*Decided October 25th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Hyman Ginsberg,* with whom were *Ginsberg & Ginsberg* on the brief, for the appellants.

*M. William Adelson,* with whom were *Edwin J. Dickerson* and *Dickerson, Nice & Sokol* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.